1   Ashley Farrell Pickett (SBN 271825)
    farrellpicketta@gtlaw.com
2   Bryan W. Patton (SBN 294910)
    pattonbw@gtlaw.com
3   **GREENBERG TRAURIG, LLP**
    1840 Century Park East, Suite 1900
4   Los Angeles, CA 90067-2121
    Tel:   310-586-7700
5   Fax:   310-586-7800
6
7   Attorneys for Defendants
    WEST BRANDS, LLC; VERY GOOD TOURING, INC.; AND
8   KANYE WEST
9
10                **UNITED STATES DISTRICT COURT**
11              **CENTRAL DISTRICT OF CALIFORNIA**
12

| | |
|---|---|
| 13 MICHAEL PEARSON, individually and on behalf of all others similarly situated, | CASE NO. 2:21-cv-05022-GW-KS |
| 14 | **NOTICE OF MOTION AND MOTION FOR LEAVE TO WITHDRAW AS COUNSEL** |
| 15 | |
| 16 Plaintiff, | |
| 17 v. | [Filed and Served Concurrently With Declaration of Ashley Farrell Pickett and [Proposed] Order] |
| 18 West Brands, LLC, a Delaware limited liability company; Very Good Touring, Inc., a California corporation; Kanye West, an individual; AJR Films Inc., a California corporation; and DOES 1 through 50, inclusive, | Date: December 1, 2022 Time: 8:30 a.m. Dept.: Courtroom 9D Judge: Hon. George H. Wu |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 Defendants. | |
| 24 | |

25
26
27
28

---

                MOTION TO WITHDRAW AS COUNSEL

**TO THE COURT, ALL INTERESTED PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on December 1, 2022, at 8:30 a.m., or as soon thereafter as the matter may be heard, in Courtroom 9D of the United States District Court, Central District of California, located at 350 West 1st Street, Los Angeles, CA 90012, the law firm Greenberg Traurig, LLP will and hereby does move the Court pursuant to Central District of California Local Rule 83-2.3.2 for an order permitting it to be relieved as attorneys of record in this action for Defendants West Brands, LLC; Very Good Touring, Inc.; and Kanye West. Defendant Kanye West is an individual pursuant to Central District of California Local Rule 83-2.3.3. Defendants West Brands, LLC and Very Good Touring, Inc. are organizations pursuant to Central District of California Local Rule 83-2.3.4.

**NOTICE TO WEST BRANDS, LLC AND VERY GOOD TOURING, INC.: If this motion to be relieved as counsel is granted, your present attorney will no longer be representing you. If this motion is granted, you will not have an attorney representing you. Because you are organizations as defined under the Central District of California Local Rules, you cannot appear in this matter pro se. As such, you must obtain new counsel in accordance with the Court's orders. If you fail to do so, actions may be taken against you. You may lose your case.**

**NOTICE TO YE (f/k/a KANYE O. WEST): If this motion to be relieved as counsel is granted, your present attorney will no longer be representing you. If this motion is granted, you will not have an attorney representing you. You may wish to seek legal assistance. If you do not have a new attorney to represent you in this action, and you are legally permitted to do so, you will be representing yourself. It will be your responsibility to comply with all court rules and applicable laws. If you fail to do so, or fail to appear at hearings, actions may be taken against you. You may lose your case.**

MOTION TO WITHDRAW AS COUNSEL

*ACTIVE 683040782v2*

DATED: November 1, 2022                    GREENBERG TRAURIG, LLP


                                  By:    /s/ Ashley Farrell Pickett
                                         Ashley Farrell Pickett
                                         Bryan W. Patton
                                         Attorneys for Defendants West Brands, LLC;
                                         Very Good Touring, Inc.; and Kanye West

MOTION TO WITHDRAW AS COUNSEL

*ACTIVE 683040782v2*

## **MEMORANDUM OF POINTS AND AUTHORITIES**

California Rule of Professional Conduct 1.16(b)(4) allows permissive withdrawal by counsel where "the client by other conduct renders it unreasonably difficult for the lawyer to carry out the representation effectively."  Additionally, California Rule of Professional Conduct 1.16(b)(5) independently allows for withdrawal where "the client breaches a material term of an agreement with, or obligation, to the lawyer relating to the representation, and the lawyer has given the client a reasonable warning after the breach that the lawyer will withdraw unless the client fulfills the agreement or performs the obligation."  In such a case, California Rule of Professional Conduct 1.16(d) states that a lawyer must take "reasonable steps to avoid reasonably foreseeable prejudice to the rights of the client."

In order to avoid prejudicing Defendants, Defense counsel seeks to limit detailing the conduct leading to this request for withdrawal.  Defense counsel represents that this conduct falls within the parameters of Rule 1.16(b)(4) and (5) and will provide additional details to the Court *in camera* if necessary.

Defense counsel has made diligent and reasonable efforts to inform Defendants that Greenberg Traurig cannot continue to represent their interests in this matter.  Greenberg Traurig has not received a response from any Defendant regarding their withdrawal or a number of other items.[1]

This matter is presently stayed until December 14, 2022.  There are currently no deadlines in this matter other than the parties' December 22, 2022 Rule 26(f) scheduling conference.  As such, Defendants have adequate time to seek new counsel and will not be

---

[1] Defense Counsel has undertaken numerous efforts to contact Defendants, including by text message, email, and U.S. mail, but despite these best efforts, has not received a response from any Defendant.  Additionally, prior management and/or representatives of the Defendants with whom Defense Counsel interfaced are no longer engaged by nor affiliated with Defendants.  Accordingly, Defense Counsel can no longer contact Defendants through those individuals.

1

MOTION TO WITHDRAW AS COUNSEL

prejudiced by Greenberg Traurig, LLP's withdrawal.

For each of the foregoing reasons, the Court should grant Greenberg Traurig, LLP leave to withdraw as counsel for Defendants West Brands, LLC; Very Good Touring, Inc.; and Kanye West.

Dated: November 1, 2022        Respectfully submitted,

GREENBERG TRAURIG, LLP


By:    */s/ Ashley Farrell Pickett*
       Ashley Farrell Pickett
       Bryan W. Patton
       Attorneys for Defendants West Brands, LLC;
       Very Good Touring, Inc. and Kanye West

MOTION TO WITHDRAW AS COUNSEL

*ACTIVE 683040782v2*