Ashley Farrell Pickett (SBN 271825)
farrellpicketta@gtlaw.com
Bryan W. Patton (SBN 294910)
pattonbw@gtlaw.com
**GREENBERG TRAURIG, LLP**
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121
Tel: 310-586-7700
Fax: 310-586-7800

Attorneys for Defendants
WEST BRANDS, LLC; VERY GOOD TOURING, INC.; AND KANYE WEST

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PEARSON, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>West Brands, LLC, a Delaware limited liability company; Very Good Touring, Inc., a California corporation; Kanye West, an individual; AJR Films Inc., a California corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:21-cv-5022-GW-KS<br><br>**DECLARATION OF ASHLEY FARRELL PICKETT IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**<br><br>[Filed and served concurrently with Notice of Motion and Motion For Leave to Withdraw as Counsel and [Proposed] Order]<br><br>Date:        December 1, 2022<br>Time:       8:30 a.m.<br>Dept.:       Courtroom 9D<br>Judge:      Hon. George H. Wu<br><br>Filed:        June 28, 2021<br>Removed:  June 21, 2021 |

1
DECLARATION OF ASHLEY FARRELL PICKETT

ACTIVE 683011542v1

## DECLARATION OF ASHLEY FARRELL PICKETT

I, Ashley Farrell Pickett, declare and state as follows:

1.  I have personal knowledge of the facts stated in this declaration and, if called as a witness, could and would testify competently thereto.

2.  I am an attorney licensed to practice in the State of California and am a Shareholder of Greenberg Traurig, LLP, counsel of record for Defendants West Brands, LLC; Very Good Touring, Inc.; and Ye (f/k/a Kanye West) ("Defendants") in the above-referenced matter. I submit this declaration in connection Greenberg Traurig, LLP's Motion to Withdraw as Counsel.

3.  Greenberg Traurig, LLP makes this Motion pursuant to Central District of California Local Rule 83.2.3.2 and California Rule of Professional Conduct 1.16(d)(4) and (d)(5) because, among other issues, Defendants' conduct has made it unreasonably difficult for Greenberg Traurig, LLP to carry out representation effectively and Defendants' have breached a material term of their agreement with Greenberg Traurig, LLP. To avoid prejudicing Defendants, I am limiting my detail of the conduct leading to this request for withdrawal in this public filing. If necessary, I am willing to divulge further details *in camera*.

4.  I have advised Defendants West Brands, LLC; Very Good Touring, Inc.; and Kanye West that Greenberg Traurig, LLP can no longer represent them in this matter, and that they must seek new counsel. Myself and my firm have made numerous of efforts to contact Defendants, including via text message, email, and U.S. mail contact. Defendants have not responded to any of these efforts. Unfortunately, prior management and/or representatives of the Defendants with whom Defense Counsel interfaced are no longer engaged by nor affiliated with Defendants. Accordingly, Defense Counsel can no longer contact Defendants through those individuals. I have served Defendants with a copy of this Motion and declaration at their last known address.

5.  There are no pending deadlines in this matter other than the December 22,

2022 Rule 26(f) scheduling conference.

    I declare under penalty of perjury that the foregoing is true and correct. Executed this 1st day of November, 2022, at Los Angeles, California.

                                                    /s/ *Ashley Farrell Pickett*
                                                    Ashley Farrell Pickett