1
2
3
4
5
6
7
8
9
10
11

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| MICHAEL PEARSON, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>West Brands, LLC, a Delaware limited liability company; Very Good Touring, Inc., a California corporation; Kanye West, an individual; AJR Films Inc., a California corporation; and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | CASE NO.: 2:19-cv-007684-AB-JC<br><br>**[PROPOSED] ORDER RE MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**<br><br>Date:　　December 1, 2022<br>Time:　　8:30 a.m.<br>Dept.:　　Courtroom 9D<br>Judge:　　Hon. George H. Wu |
|---|---|

PROPOSED ORDER

*ACTIVE 683086550v1*

# [PROPOSED] ORDER

The Court, having considered Greenberg Traurig, LLP's motion for leave to withdraw as counsel for Defendants West Brands, LLC; Very Good Touring, Inc.; and Kanye West, all papers and documents filed in support and in opposition to it, the relevant pleadings on file in this action, as well as arguments presented by counsel, for Good Cause shown, grants the Motion in its entirety.  Greenberg Traurig, LLP is hereby relieved as counsel for Defendants West Brands, LLC; Very Good Touring, Inc.; and Kanye West.

**IT IS SO ORDERED**

Dated: _____     By: _____
                                                    Hon. George H. Wu
                                                    Judge, United States District Court