Ashley Farrell Pickett (SBN 271825)
farrellpicketta@gtlaw.com
Bryan W. Patton (SBN 294910)
pattonbw@gtlaw.com
**GREENBERG TRAURIG, LLP**
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121
Tel: 310-586-7700
Fax: 310-586-7800
Attorneys for Defendants
WEST BRANDS, LLC; VERY GOOD TOURING, INC.; AND
KANYE WEST

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PEARSON, individually and on behalf of others similarly situated,<br><br>             Plaintiff,<br><br>v.<br><br>West Brands, LLC, a Delaware limited liability company; Very Good Touring, Inc., a California corporation; Kanye West, an individual; AJR Films Inc., a California corporation; and DOES 1 through 50, inclusive,<br><br>             Defendants. | Case No. 2:21-cv-5022-GW-KS<br><br>**PROOF OF SERVICE RE MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**<br><br>Date:       December 1, 2022_<br>Time:      8:30 a.m.__<br>Dept.:     Courtroom 9D<br>Judge:    Hon. George H. Wu<br><br>Filed:      June 28, 2021<br>Removed:  June 21, 2021 |

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I, Monica A. Solorzano, am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is 1840 Century Park East, Suite 1900, Los Angeles, California 90067.

On  November 2, 2022, I served the following:

**1.** NOTICE OF MOTION AND MOTION FOR LEAVE TO WITHDRAW AS COUNSEL;

**2.** DECLARATION OF ASHLEY FARRELL PICKETT IN SUPPORT OF MOTION TO FOR LEAVE TO WITHDRAW AS COUNSEL; AND

**3.** [PROPOSED] ORDER RE MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

on the interested parties in this action as follows:

Ye (f/k/a Kanye O. West)
6 Centerpointe Dr., Suite 620
La Palma, CA 90623

West Brands, LLC
c/o Maximilian Jo
6 Centerpointe Dr., Suite 620
La Palma, CA 90623

Very Good Touring, Inc.
c/o Andre Bodiford
6 Centerpointe Dr., Suite 620
La Palma, CA 90623

☒  **(BY OVERNIGHT DELIVERY)** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons above.  I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

2

PROOF OF SERVICE

☒ **(FEDERAL)**   I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 2, 2022, at Los Angeles, California.

Monica A. Solorzano

3

PROOF OF SERVICE