## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-5022-GW-KSx | Date | December 1, 2022 |
|---|---|---|---|
| Title | *Michael Pearson v. West Brands, LLC, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | Terri A. Hourigan | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Frank H. Kim | Ashley M. Farrell |

**PROCEEDINGS:** MOTION FOR LEAVE TO WITHDRAW AS DEFENDANTS' COUNSEL [22]

The Court's Tentative Ruling on the Motion for Leave to Withdraw as Defendants' Counsel [22] was issued on November 30, 2022 [26]. An in camera hearing is held with Defendants' counsel.

Based on the Tentative Ruling, and for reasons stated on the record, the Motion is tentatively granted as follows: Defendant Kanye West may proceed in pro per. Defendants West Brands, LLC and Very Good Touring, Inc. are required to obtain counsel.

The Court orders Defendants West Brands, LLC and Very Good Touring, Inc. to appear on January 12, 2023 at 8:30 a.m. and show cause re new counsel. Failure to appear will result in an order to show cause for failure to defend on February 2, 2023.

The above-entitled action is stayed until January 12, 2023.

|  | : | 07 |
|---|---|---|
|  | Initials of Preparer | JG |