Ashley Farrell Pickett (SBN 271825)
farrellpicketta@gtlaw.com
Bryan W. Patton (SBN 294910)
pattonbw@gtlaw.com
**GREENBERG TAURIG, LLP**
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121
Tel:   310-586-7700
Fax:  310-586-7800

Attorneys for Defendants
WEST BRANDS, LLC; VERY GOOD TOURING, INC.; AND KANYE WEST

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PEARSON, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>West Brands, LLC, a Delaware limited liability company; Very Good Touring, Inc., a California corporation; Kanye West, an individual; AJR Films Inc., a California corporation; and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | CASE NO. 2:21-cv-05022-GW-KS<br><br>**STATUS REPORT IN ADVANCE OF JANUARY 12, 2023 HEARING TO SHOW CAUSE RE NEW COUNSEL**<br><br>Date:  January 12, 2023<br>Time: 8:30 a.m.<br>Dept.: Courtroom 9D<br>Judge: Hon. George H. Wu |

On December 1, 2022, at 8:30 a.m., the Court conducted a hearing on Greenberg Traurig, LLP's Motion for Leave to Withdraw as Counsel for Defendants West Brands, LLC; Very Good Touring, Inc. and Kanye West. [Dkt. 22.]  The Court thereafter issued its minute order setting a hearing to show cause re new counsel for January 12, 2023 at 8:30 a.m. [Dkt. 27.]  The Court ordered Greenberg Traurig, LLP to serve Defendants West Brands, LLC; Very Good Touring, Inc. and Kanye West with its minute order and to file proof of that service by January 9, 2023.  A proof of service attesting that Greenberg Traurig, LLP served these documents on Defendants on December 8, 2022 is attached hereto as **Exhibit A**.

The Court also ordered Greenberg Traurig, LLP to file a status report by January 9, 2023 outlining any updates that Greenberg Traurig, LLP may be aware of regarding Defendants West Brands, LLC and Very Good Touring, Inc.'s attempts to obtain new counsel.  Unfortunately, Greenberg Traurig, LLP does not have any information regarding West Brands, LLC or Very Good Touring, Inc.'s efforts to obtain new counsel.  As outlined for the Court in Greenberg Traurig, LLP's motion for leave to withdraw as counsel, there has been a breakdown in communications between Greenberg Traurig, LLP and West Brands, LLC and Very Good Touring, Inc.  This breakdown in communications that necessitates Greenberg Traurig, LLP's withdrawal has also prevented Greenberg Traurig, LLP from obtaining any information from Defendants regarding this lawsuit or their effort to obtain new counsel.  Greenberg Traurig, LLP respectfully renews its request to withdraw as counsel in this matter.

DATED: January 9, 2023                GREENBERG TRAURIG, LLP

                                By:    */s/ Ashley Farrell Pickett*
                                       Ashley Farrell Pickett
                                       Bryan W. Patton
                                       Attorneys for Defendants West Brands, LLC;
                                       Very Good Touring, Inc.; and Kanye West

STATUS REPORT IN ADVANCE OF OSC RE NEW COUNSEL

ACTIVE 683040782v2

**EXHIBIT A**

NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)

Ashley Farrell Pickett (SBN 271825)/Bryan W. Patton (SBN 294910)
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121
Telephone: (310) 586-7700/Facsimile: (310) 586-7800
Email: farrellpicketta@gtlaw.com; pattonbw@gtlaw.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MICHAEL PEARSON

PLAINTIFF(S),

v.

WEST BRANDS, LLC, et al.,

DEFENDANT(S).

CASE NUMBER

2:21-cv-05022-GW-KS

**PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause. On December 8, 20 22, I served a true copy of Civil Minutes-General Dated December 1, 2022 Re: Motion for Leave to Withdraw as Defendants' Counsel (Doc. No. 27) by personally delivering it to the person (s) indicated below in the manner as provided in FRCivP 5(b); by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following: (list names and addresses for person(s) served. Attach additional pages if necessary.)

Kanye O. West (Ye), 6 Centerpointe Dr., Suite 620, La Palma, CA  90623.

Place of Mailing:  Los Angeles, California 90067
Executed on January 9, 20 23 at Los Angeles, California

Please check one of these boxes if service is made by mail:

☐ I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.
☒ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.
☐ I hereby certify under the penalty of perjury that the foregoing is true and correct.

/s/ Terrine Pearsall
*Signature of Person Making Service*

## ACKNOWLEDGEMENT OF SERVICE

I, _____, received a true copy of the within document on _____.

_____     _____
*Signature*                *Party Served*

NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)

Ashley Farrell Pickett (SBN 271825)/Bryan W. Patton (SBN 294910)
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121
Telephone: (310) 586-7700/Facsimile: (310) 586-7800
Email: farrellpicketta@gtlaw.com; pattonbw@gtlaw.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MICHAEL PEARSON

PLAINTIFF(S),

v.

WEST BRANDS, LLC, et al.,

DEFENDANT(S).

CASE NUMBER

2:21-cv-05022-GW-KS

**PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of __Los Angeles__, State of California, and not a party to the above-entitled cause. On __December 8,__ 20__22__, I served a true copy of __Civil Minutes-General Dated December 1, 2022 Re: Motion for Leave to Withdraw as Defendants' Counsel (Doc. No. 27)__ by personally delivering it to the person (s) indicated below in the manner as provided in FRCivP 5(b); by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following: (list names and addresses for person(s) served. Attach additional pages if necessary.)
__West Brands LLC, c/o Maximillian Jo, 6 Centerpointe Dr., Suite 620, La Palma, CA 90623.__

Place of Mailing: __Los Angeles, California 90067__
Executed on __January 9__, 20__23__ at __Los Angeles__, California

Please check one of these boxes if service is made by mail:

☐ I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.
☒ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.
☐ I hereby certify under the penalty of perjury that the foregoing is true and correct.

/s/ Terrine Pearsall
*Signature of Person Making Service*

## ACKNOWLEDGEMENT OF SERVICE

I, _____, received a true copy of the within document on _____.

_____          _____
*Signature*                        *Party Served*

NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)

Ashley Farrell Pickett (SBN 271825)/Bryan W. Patton (SBN 294910)
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121
Telephone: (310) 586-7700/Facsimile: (310) 586-7800
Email: farrellpicketta@gtlaw.com; pattonbw@gtlaw.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

MICHAEL PEARSON

PLAINTIFF(S),

v.

WEST BRANDS, LLC, et al.,

DEFENDANT(S).

CASE NUMBER

2:21-cv-05022-GW-KS

**PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause. On December 8, 20 22, I served a true copy of Civil Minutes-General Dated December 1, 2022 Re: Motion for Leave to Withdraw as Defendants' Counsel (Doc. No. 27) by personally delivering it to the person (s) indicated below in the manner as provided in FRCivP 5(b); by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following: (list names and addresses for person(s) served. Attach additional pages if necessary.)
Very Good Touring, Inc., c/o Andre Bodiford, 6 Centerpointe Dr., Suite 620, La Palma, CA 90623.

Place of Mailing: Los Angeles, California 90067
Executed on January 9, 20 23 at Los Angeles, California

Please check one of these boxes if service is made by mail:

☐ I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.
☒ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.
☐ I hereby certify under the penalty of perjury that the foregoing is true and correct.

/s/ Terrine Pearsall
*Signature of Person Making Service*

## ACKNOWLEDGEMENT OF SERVICE

I, _____, received a true copy of the within document on _____.

_____                _____
*Signature*                             *Party Served*

CV-40 (01/00)                     PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE