UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-5022-GW-KSx | Date | January 12, 2023 |
|---|---|---|---|
| Title | *Michael Pearson v. West Brands, LLC, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | Terri A. Hourigan | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Dara Tabesh | Ashley M. Farrell |

**PROCEEDINGS:** TELEPHONIC HEARING ON:
MOTION FOR LEAVE TO WITHDRAW AS DEFENDANTS' COUNSEL [22];
ORDER TO SHOW CAUSE RE NEW COUNSEL AS TO DEFENDANTS WEST BRANDS, LLC AND VERY GOOD TOURING, INC.

Court and counsel confer. For reasons stated on the record, the Motion and the Order to Show Cause are continued to February 16, 2023 at 8:30 a.m. Defense Counsel will give notice and file a proof of service once Defendants are served.

:　03

Initials of Preparer　JG