NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)

Ashley Farrell Pickett (SBN 271825)/Bryan W. Patton (SBN
294910), GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121
Telephone: (310) 586-7700/Facsimile: (310) 586-7800
Email: Ashley.FarrellPickett@gtlaw.com; pattonbw@gtlaw.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PEARSON<br><br>PLAINTIFF(S),<br><br>v.<br><br>WEST BRANDS, LLC, et al.,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:21-cv-05022-GW-KS<br><br><br>**PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE** |

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles _____, State of California, and not a party to the above-entitled cause. On January 17 _____, 20 23 _____, I served a true copy of Civil Minutes-General, dated January 12, 2023, Re: Motion for Leave to Withdraw as Defendants' Counsel and OSC (Doc. No. 30) by personally delivering it to the person (s) indicated below in the manner as provided in FRCivP 5(b); by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following: (list names and addresses for person(s) served. Attach additional pages if necessary.)

Ye (f/k/a Kanye O. West), 6 Centerpointe Dr., Suite 620, La Palma, CA 90623.

Place of Mailing: Los Angeles, California 90067 _____

Executed on January 17 _____, 20 23 _____ at Los Angeles _____, California

Please check one of these boxes if service is made by mail:

☐ I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.

☒ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

☐ I hereby certify under the penalty of perjury that the foregoing is true and correct.

/s/ Terrine Pearsall
_____
*Signature of Person Making Service*
Terrine Pearsall

## ACKNOWLEDGEMENT OF SERVICE

I, _____, received a true copy of the within document on _____.

_____        _____
*Signature*                                              *Party Served*