1  MESERVY LAW, P.C.
   LONDON D. MESERVY (SBN: 216654)
2  london@meservylawpc.com
   P.O. Box 8121
3  Rancho Santa Fe, CA 92067
   Telephone:  858.779.1276
4  Facsimile:   866.231.8132

5  MORELLO LAW, P.C.
   JUSTIN A. MORELLO (SBN: 239250)
6  justin@morellolawpc.com
   3170 Fourth Avenue, Suite 250
7  San Diego, CA 92103
   Telephone:  619.277.4677
8  Facsimile:  619.924.4268

9  Attorneys for Defendants West Brands, LLC,
   Very Good Touring, Inc.,
10 and Ye (formally known as Kanye West)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MICHAEL PEARSON, individually and on behalf of all others similarly situated | Case No.: 2:21-cv-05022-GW-KS |
|---|---|
| Plaintiff, | **NOTICE OF APPEARANCE OF LONDON D. MESERVY AS COUNSEL OF RECORD FOR DEFENDANTS WEST BRANDS, LLC, VERY GOOD TOURING, INC., AND YE (FORMALLY KNOWN AS KANYE WEST)** |
| v. | |
| West Brands, LLC, a Delaware limited liability company; Very Good Touring, Inc., a California corporation; Kanye West, an individual; AJR Films Inc., a California corporation; and DOES 1 through 50, inclusive, | |
| Defendants. | |

1  TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE THAT London D. Meservy of Meservy Law, P.C., as a member admitted to the bar of this Court, hereby appears as counsel of record on behalf of Defendants West Brands, LLC, Very Good Touring, Inc., and Ye (formally known as Kanye West) (collectively "Defendants"). Effective immediately, please add London D. Meservy as an attorney to be noticed on all matters on behalf of Defendants at the following address:

> MESERVY LAW, P.C.
> LONDON D. MESERVY (SBN: 216654)
> london@meservylawpc.com
> P.O. Box 8121
> Rancho Santa Fe, CA 92067
> Telephone:  858.779.1276
> Facsimile:  866.231.8132

    Justin A. Morello of Morello Law, P.C. will also be appearing as counsel of record for Defendants and will file a separate Notice of Appearance.

Dated:  February 14, 2023    MESERVY LAW, P.C.
    MORELLO LAW, P.C.

By: /s/ London D. Meservy
    LONDON D. MESERVY (SB# 216654)

Attorneys for Defendants West Brands, LLC, Very Good Touring, Inc., and Ye (formally known as Kanye West)