MESERVY LAW, P.C.
LONDON D. MESERVY (SBN: 216654)
london@meservylawpc.com
P.O. Box 8121
Rancho Santa Fe, CA 92067
Telephone:  858.779.1276
Facsimile:   866.231.8132

MORELLO LAW, P.C.
JUSTIN A. MORELLO (SBN: 239250)
justin@morellolawpc.com
3170 Fourth Avenue, Suite 250
San Diego, CA 92103
Telephone:  619.277.4677
Facsimile:  619.924.4268

Attorneys for Defendants West Brands, LLC,
Very Good Touring, Inc.,
and Ye (formally known as Kanye West)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PEARSON, individually and on behalf of all others similarly situated<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>West Brands, LLC, a Delaware limited liability company; Very Good Touring, Inc., a California corporation; Kanye West, an individual; AJR Films Inc., a California corporation; and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No.: 2:21-cv-05022-GW-KS<br><br>**JOINT STATUS REPORT IN ADVANCE OF MARCH 16, 2023 STATUS CONFERENCE**<br><br>Date:<br>Time:<br>Location: |

1  On February 16, 2023, the Court conducted a hearing on its prior order to show cause re new counsel for defendants West Brands, LLC, Very Good Touring, Inc., and Ye (formally known as Kanye West) (collectively "Defendants"). London D. Meservy appeared as counsel of record for Defendants. Frank H. Kim appeared on behalf of plaintiff Michael Pearson ("Plaintiff") (Defendants and Plaintiff are collectively referred to as the "Parties"). The Court set a status conference for March 16, 2023 at 8:30 a.m. and order the parties to file a Joint Status Report on or before March 14, 2023.

Since appearing as counsel of record for Defendants in mid-February, Defendants' counsel has been diligently reviewing the case file and records for this matter. Counsel for the Parties met and conferred on March 2, 2023 regarding case status, Plaintiff's intention to remand this matter to the Los Angeles Superior Court, and mediation. The Parties are continuing to meet and confer regarding these issues.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

Considering the Parties' ongoing meet and confer efforts regarding mediation and Plaintiff's intention to remand this matter, the Parties respectfully request that no trial or related dates be set at the March 16, 2023 status conference and that a further status conference be set no sooner than 60 days to allow the Parties to set a mediation date and further discuss Plaintiff's intention to remand.

Dated: March 14, 2023

MESERVY LAW, P.C.
MORELLO LAW, P.C.

By: /s/ London D. Meservy
LONDON D. MESERVY (SB# 216654)

Attorneys for Defendants West Brands, LLC, Very Good Touring, Inc., and Ye (formally known as Kanye West)

Dated: March 14, 2023

KIM LEGAL, APC
HELEN KIM LAW, APC
ECOTECH LAW GROUP, P.C.

By: /s/ Frank H. Kim
FRANK H. KIM (SB# 264609)

Attorneys for Plaintiff Michael Pearson