JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PEARSON, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>West Brands, LLC, a Delaware limited liability company; Very Good Touring, Inc., a California corporation; Kanye West, an individual; AJR Films Inc., a California corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: CV 21-5022-GW-KSx<br><br>**ORDER GRANTING JOINT STIPULATION TO REMAND ACTION TO THE LOS ANGELES SUPERIOR COURT**<br><br>Date Action Filed: August 20, 2020<br>Date of Removal: July 21, 2021 |

## ORDER

The Court, having read and considered Plaintiff Michael Pearson's and Defendants West Brands, LLC, Very Good Touring, Inc., Ye (formally known as Kanye West) and AJR Films Inc.'s Stipulation to Remand Action to the Los Angeles Superior Court ("Stipulation"), and being so advised in the matter and finding good cause, hereby grants the stipulation and remands this lawsuit to the Superior Court for the State of California, County of Los Angeles for purposes of settlement approval and administration.

IT IS HEREBY ORDERED.

Dated: February 1, 2024

_____
HON. GEORGE H. WU,
United States District Judge